AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Blue Spike LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. C14-01650-DMR |
| Google Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google Inc.

Date:   04/16/2014

/s/ Michael A. Berta
*Attorney's signature*

Michael A. Berta (SBN 194650)
*Printed name and bar number*

Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
*Address*

michael.berta@aporter.com
*E-mail address*

(415) 471-3100
*Telephone number*

(415) 471-3400
*FAX number*