AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Blue Spike LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. C14-01650-DMR |
| Google Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google Inc.

Date: 04/16/2014

/s/ Nicholas H. Lee
*Attorney's signature*

Nicholas H. Lee (SBN 259588)
*Printed name and bar number*

777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
*Address*

nicholas.lee@aporter.com
*E-mail address*

(213) 243-4000
*Telephone number*

(213) 243-4199
*FAX number*