1  JOINT SUBMISSION
2  [COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| AOPTIX TECHNOLOGIES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLUE SPIKE, LLC,<br><br>　　　　　Defendant. | Case No. 13-cv-01105 (YGR)<br>and Related Cases<br><br>**JOINT PROPOSED SCHEDULE**<br><br>Date:  N/A<br>Time:  N/A<br>Courtroom 1, 4th Floor<br>Honorable Yvonne Gonzalez Rogers |
| BLUE SPIKE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADOBE SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No. 14-cv-01647 (YGR) |
| BLUE SPIKE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZEITERA LLC,<br><br>　　　　　Defendant. | Case No. 14-cv-01648 (YGR) |

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>SOUNDHOUND INC., <br><br>　　　　　Defendant. | Case No. 14-cv-01649 (YGR) |
| BLUE SPIKE, LLC, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>GOOGLE INC., <br><br>　　　　　Defendant. | Case No. 14-cv-01650 (YGR) |

JOINT PROPOSED SCHEDULE
CASE NO. 13-1105 AND RELATED CASES

Pursuant to the Court's Order at the Initial Case Management Conference held on July 28, 2014 ("CMC") (No. 13-cv-01105-YGR, Dkt. # 30), the parties in the above-captioned cases jointly submit this proposed scheduled as agreed to during the CMC:

| EVENT | DATE |
| --- | --- |
| Rule 26(a) Disclosures | August 29, 2014 |
| Deadline to Amend Pleadings | September 14, 2014 |
| Disclosure of Asserted Claims and Infringement Contentions (No more than 64 total across all cases, and no more than 32 against any individual party) | September 26, 2014 |
| Deadline for parties to meet and confer concerning the adequacy of Blue Spike's Infringement Contentions | November 14, 2014 |
| Invalidity Contentions | January 26, 2015 |
| Simultaneous Exchange of Proposed Terms and Claim Elements for Construction | February 9, 2015 |
| Simultaneous Exchange of Proposed Preliminary Claim Construction and Extrinsic Evidence | March 2, 2015 |
| Joint Claim Construction and Prehearing Statement | April 1, 2015 |
| Status Conference and Claim Construction Tutorial | May 1, 2015 at 10 AM |
| Completion of Claim Construction Discovery | May 2, 2015 |
| Opening Claim Construction Brief by Blue Spike | June 2, 2015 |
| Responsive Claim Construction Brief by AOptix and Defendants | June 23, 2015 |

| Reply Claim Construction Brief by Blue Spike | July 7, 2015 |
|---|---|
| Claim Construction Hearing | TBD |

Dated: July 31, 2014         /s/ Randall T. Garteiser
                             **GARTEISER & HONEA P.C.**
                             Randall Garteiser (SBN 231821)
                             44 N San Pedro Rd.
                             San Rafael, CA 94903
                             Phone: (415) 785-3762
                             Fax:  (888) 908-4400
                             rgarteiser@ghiplaw.com

                             *Attorney for Plaintiff* Blue Spike, LLC

Dated: July 31, 2014         /s/ Michael A. Berta
                             **ARNOLD & PORTER LLP**
                             Michael A. Berta (SBN 194650)
                             Three Embarcadero Center, 7th Floor
                             San Francisco, CA 94111
                             Phone: (415) 471-3100
                             Fax: (415) 471-3400
                             michael.berta@aporter.com

                             Wallace W. Wu (SBN 220110)
                             Nicholas H. Lee (SBN 259588)
                             777 S. Figueroa Street, 44th Floor
                             Los Angeles, CA 90017
                             Phone: (213) 243-4000
                             Fax: (213) 243-4199
                             wallace.wu@aporter.com
                             nicholas.lee@aporter.com

                             *Attorneys for Defendant* Google Inc.


                             /s/ Alyssa M. Caridis
                             **ORRICK, HERRINGTON & SUTCLIFFE, LLP**
                             I. Neel Chatterjee
                             Gabriel M. Ramsey
                             1000 Marsh Road
                             Menlo Park, CA 94025
                             Telephone: (650) 614-7400
                             Facsimile: (650) 614-7401

| | |
|---|---|
| 1 | gramsey@orrick.com |
| | nchatterjee@orrick.com |
| 2 | |
| 3 | Alyssa M. Caridis |
| | 777 S. Figueroa St. |
| | Suite 3200 |
| 4 | Los Angeles, CA 90017 |
| 5 | Telephone: (213) 629-2020 |
| | Facsimile: (213) 612-2499 |
| 6 | acaridis@orrick.com |

```
                         gramsey@orrick.com
                         nchatterjee@orrick.com

                         Alyssa M. Caridis
                         777 S. Figueroa St.
                         Suite 3200
                         Los Angeles, CA 90017
                         Telephone: (213) 629-2020
                         Facsimile: (213) 612-2499
                         acaridis@orrick.com

                         Christopher J. Higgins
                         1152 15th Street, N.W.
                         Washington, DC 20005-1706
                         Telephone: (202) 339-8400
                         Facsimile: (202) 339-8500
                         chiggins@orrick.com

                         Attorneys for Defendant Watchwith, Inc.
                         (f/k/a/ Related Content Database, Inc.)


                         /s/ Jeffrey M. Fisher
                         Jeffrey M. Fisher (CA SBN 155284)
                         jfisher@fbm.com
                         Eugene Y. Mar (CA SBN 227071)
                         emar@fbm.com
                         Daniel C. Callaway (CA SBN 262675)
                         dcallaway@fbm.com
                         Farella Braun + Martel LLP
                         235 Montgomery Street, 17th Floor
                         San Francisco, CA 94104
                         Telephone: (415) 954-4400
                         Facsimile: (415) 954-4480
                          Attorneys for Defendant Adobe Systems
                         Inc.

                         /s/ Bryan A. Kohm
                         Teresa M. Corbin (SBN 132360)
                         Bryan A. Kohm (SBN 233276)
                         David Lacy Kusters (SBN 241335)
                         FENWICK & WEST LLP
                         555 California Street, 12th Floor
                         San Francisco, California 94104
                         Telephone: (415) 875-2300
                         Facsimile: (415) 281-1350
                         tcorbin@fenwick.com
                         bkohm@fenwick.com
```

dlacykusters@fenwick.com

Darren Donnelly (SBN 194335)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
ddonnelly@fenwick.com

*Attorneys for Plaintiff and Counter-Defendant* AOptix Technologies, Inc., *Defendant* SoundHound, Inc., and *Defendant* Zeitera, LLC

IT IS SO ORDERED.

Dated: _____

                                    JUDGE YVONNE GONZALEZ ROGERS
                                      UNITED STATES DISTRICT JUDGE