UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLUE SPIKE, LLC**, <br> Plaintiff, <br> v. <br> **GOOGLE INC.**, <br> Defendant. | Case No. 14-cv-01650-YGR <br><br> **ORDER GRANTING IN PART UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE; CONTINUING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Re: Dkt. No. 61 |

The plaintiff filed an unopposed motion to modify the briefing schedule on the defendant's motion for judgment on the pleadings. (Dkt. No. 61.) In light of other upcoming case deadlines, the last-minute filing of the request, and the reasons provided to justify the request, the Court **GRANTS IN PART** the motion. The plaintiff's opposition brief shall be due on **June 9, 2015**. The defendant's reply brief shall be due on **June 16, 2015**. The hearing on the motion set for June 16, 2015 is hereby **CONTINUED** to Tuesday, **June 30, 2015** at **9 a.m.** in Courtroom 1 in the Federal Courthouse at 1301 Clay Street, Oakland, California.

This Order terminates Docket Number 61.

**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**