UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLUE SPIKE, LLC**,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>**GOOGLE INC.**,<br>　　　　　Defendant. | Case No. 14-cv-01650-YGR<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 75 |

In light of the Court's Order granting judgment on the pleadings as to all asserted claims other than disputed claim 30 of U.S. Patent No. 8,712,728 (Dkt. No. 75 at 1 n.1), the parties are hereby **ORDERED TO SHOW CAUSE** why that claim should not be held invalid on the same grounds as the other asserted claims. If any party objects to that outcome, the party shall file a brief of no more than five (5) pages by **September 14, 2015**, presenting argument for why that claim should not be treated similarly. A non-objecting party may file a five (5) page response to an objection by **September 16, 2015**.

　　**IT IS SO ORDERED.**

Dated: September 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**