UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BLUE SPIKE, LLC**,

    Plaintiff,

    v.

**GOOGLE INC.**,

    Defendant.

Case No.  14-cv-01650-YGR

**ORDER RE: REMAINING PATENT CLAIM**

Re: Dkt. No. 77

On September 8, 2015, the Court issued an order granting defendant's motion for judgment on the pleadings, finding all patent claims at issue in the motion to be invalid (Dkt. No. 75), and issued an order to show cause as to why the sole remaining patent claim at issue in this case, but not raised in the motion, should not be held invalid on the same grounds (Dkt. No. 76).  The parties "do not dispute that Claim 30 of U.S. Patent No. 8,712,728 would be held invalid under the Court's reasoning as to the other asserted claims in its Order Granting Motion for Judgment on the Pleadings."  (Dkt. No. 77 at 1-2.)  Thus, in the absence of any objection, the Court finds that claim invalid for the same reasons discussed in the September 8, 2015 Order at Docket Number 75.  As all asserted claims have been held invalid, the Court directs defendant to file a proposed form of judgment, approved as to form by plaintiff, by no later than **September 23, 2015**.

    **IT IS SO ORDERED.**

Dated: September 18, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**